OSPREY PORTFOLIO, LLC, as Successor to First Union National Bank, Respondent,

v.

George IZETT, Petitioner.

Supreme Court of Pennsylvania.

Aug. 13, 2012.

### ORDER

PER CURIAM.

AND NOW, this 13th day of August 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

(1) Whether the trial court erred in holding that [Petitioner's] conditional and non-negotiable Guaranty, which forms the basis of Osprey's claims, is an "instrument" under seal (a suit of which is governed by a twenty-year statute of limitations pursuant to 42 Pa.C.S. § 5529), rather than a "contract" under seal(a suit of which would be governed by a four-year statute of limitations pursuant to 42 Pa.C.S. § 5525)?